UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RONNIE CEASAR | CIVIL ACTION 1:17-CV-01167 |
| VERSUS | CHIEF JUDGE DRELL |
| EQUIFAX CREDIT REPORTING, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Plaintiff Ronnie Ceasar ("Ceasar") filed a complaint in this case without payment of the filing fee. Ceasar has been barred from filing any further complaints in the United States District Court for the Western District of Louisiana until all outstanding costs and fees ($14,498.62) owed from a previous case have been paid (Ceasar v. Walker, 2:89-00533 (W.D. La.)). See Ceasar v. Jindal, 6:12-cv-2198, Doc. 9 (W.D. La.). Ceasar also has not offered good cause for proceeding *in forma pauperis.*

No one, rich or poor, is entitled to abuse the judicial process. Hardwick v. Brinson, 523 F.2d 798, 800 (5th Cir. 1975). Flagrant abuse of the judicial process can enable one person to preempt the use of judicial time that properly could be used to consider the meritorious claims of other litigants. See Green v. Carlson, 649 F.2d 285, 287 (5th Cir. 1981) (citing Green v. Camper, 477 F. Supp. 758, 770-71 (W.D. Mo. 1979)). Federal courts have both the inherent power and the constitutional obligation to protect their jurisdiction from conduct that impairs their ability to carry out Article III functions. Stone v. South Central Regional Jail, 104 Fed. Appx. 305, 307 (4th Cir. 2004) (citing In re Martin-Trigona, 737 F.2d 1254, 1261 (2d Cir. 1984)).

However, it is axiomatic that no petitioner or person shall ever be denied his right to the processes of the court.  In re Green, 598 F.2d 1126, 1127 (8th Cir. 1979); see also Stone, 104 Fed. Appx. 305 at *1; Lysiak v. C.I.R., 816 F.2d 311, 313 (7th Cir. 1987); Greyhound Corp. v. Evans, 1993 WL 62414, *6 (E.D. La. 1993).  A sanction for frivolous filings must balance the litigant's right to access to the court against the desire to avoid wasting the court's and the lawyers' time and resources.  Lysiak, 816 F.2d at 313; Greyhound Corp., 1993 WL 62414, *6; see also Stone, 104 Fed. Appx. 305 at *1.

Plaintiff has through September 29, 2017 to offer proof of payment of the outstanding costs and fees, or to file an "Application Pursuant to Court Order Seeking Leave to File" and show good cause as to why he should be permitted to proceed in forma pauperis.  Failure to do so will result in dismissal of this complaint.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 25th day of September, 2017.

_____
Joseph H.L. Perez-Montes
United States Magistrate Judge